# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 CR 298 - 5 | **DATE** | 12/20/2007 |
| **CASE TITLE** | USA vs. William Davis | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant is granted permission to reside in the Eastern District of Tennessee upon his release from the Bureau of Prisons. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rs |
|---|---|---|